THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOSSAM ELFEKE, Appellant. [989 NYS2d 384]—

Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cacace, J.), rendered March 5, 2013, convicting him of attempted disseminating indecent material to minors in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), we find that the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see People v Wicht*, 48 AD3d 491 [2008]; *People v Kozlow*, 46 AD3d 913, 915 [2007]). Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Mastro, J.P., Chambers, Lott and Roman, JJ., concur.